450 A.2d 970

**COMMONWEALTH of Pennsylvania**

v.

**Donald MASSEY, a/k/a Donald Reinberry, Appellant.**

Supreme Court of Pennsylvania.

Submitted May 17, 1982.

Decided Oct. 4, 1982.

Robert N. Tarman, Public Defender, for appellant.

William A. Behe, Deputy Dist. Atty., for appellee.

ORDER

PER CURIAM.

Order Affirmed.